AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| CHARLES SHIN<br><br>*Plaintiff(s)*<br>v.<br><br>FIRST ADVANTAGE CORPORATION and MARLUS COUTINHO<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  24-CV-9363 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARLUS COUTINHO
c/o FIRST ADVANTAGE CORPORATION
350 Seventh Avenue
New York, NY 10001

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Tiffany Ma, Esq.
        Young & Ma LLP
        445 Park Avenue, 9th Floor
        New York, NY 10022

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  December 10, 2024

/S/  S.  James
*Signature of Clerk or Deputy Clerk*

