UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES SHIN,

                  Plaintiff,

     - against -

FIRST ADVANTAGE CORPORATION, ET AL.,

                 Defendant.

24-cv-9363 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 28, 2025.

SO ORDERED.

Dated:   New York, New York
          February 14, 2025

                               John G. Koeltl
                      United States District Judge