```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**CHARLES SHIN,**

                Plaintiff,        24-cv-9363 (JGK)

    - against -                <u>ORDER</u>

**FIRST ADVANTAGE CORPORATION, ET AL.,**

                Defendants.

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties were directed to submit a Rule 26(f) Report by February 28, 2025. To date, no 26(f) Report has been filed. The deadline to submit the 26(f) Report is extended to **March 18, 2025**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 4, 2025**

                                          /s/ John G. Koeltl
                                              **John G. Koeltl**
                                **United States District Judge**